# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD LEE WEIDENBURNER,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil Case No. 3:15-cv-00762-JPG<br>---<br>Criminal Case No. 4:02-cr-40053-JPG-1 |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision, **IT IS HEREBY ORDERED AND ADJUDGED** that petitioner Donald Lee Weidenburner's petition for a writ of *habeas corpus/*motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is **DENIED**, that judgment is entered in favor of respondent United States of America and against petitioner Donald Lee Weidenburner, and that this case is **DISMISSED with prejudice**.

DATED:  February 5, 2018

                                                **JUSTINE FLANAGAN,**
                                                **Acting Clerk of Court**

                                                **BY:   s/Tina Gray**
                                                            **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**